David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
SUZANNE MICHAELS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SUZANNE MICHAELS <br><br> Plaintiff, <br><br> vs. <br><br> INNOVATIVE DEBT RECOVERY SOLUTIONS, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.: 2:13-cv-02270-JAT** <br><br> **VOLUNTARY DISMISSAL** |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to FRCP 41(a)(1), Plaintiff SUZANNE MICHAELS hereby voluntarily dismisses her claims, with prejudice, against Defendants INNOVATIVE DEBT RECOVERY SOLUTIONS, INC.; and DOES 1 through 10, inclusive.

1   ///

2

3   DATED:                              RESPECTFULLY SUBMITTED,
                                        **PRICE LAW GROUP APC**
4   January 9, 2014

5                                       By:/s/ David Ali Chami
                                        David Ali Chami
6                                       Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VOLUNTARY DISMISSAL